1  Christopher J. Healey, State Bar No. 105798
   Stefanie Warren, State Bar No. 244038
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.645.5328

5  Donald I Strauber (Pro Hac Vice App Pending)
   Mary T. Yelenick (Pro Hac Vice App Pending)
6  Garrett S. Kamen (Pro Hac Vice App Pending)
   CHADBOURNE & PARKE LLP
7  30 Rockefeller Plaza
   New York, NY 10112
8  Telephone No.:  212.408.5100
   Fax No.: 212.541.5369
9

10 Attorneys for Defendant BEAM GLOBAL SPIRITS
   & WINE, INC.
11

12                UNITED STATES DISTRICT COURT

13                SOUTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  Renata Bonar, On Behalf of Herself, All Others Similarly Situated and the General Public,<br>16<br>17         Plaintiff,<br>18  v.<br>19  BEAM GLOBAL SPIRITS & WINE, INC., and DOES 1-25, Inclusive,<br>20<br>        Defendants.<br>21 | Case No. 11-cv-02058-IEG-NLS<br><br>The Hon. Hon. Irma E. Gonzalez<br>Dept. Courtroom 1<br><br>**DEFENDANT BEAM GLOBAL SPIRITS & WINE LLC'S RULE 7.1(a) DISCLOSURE STATEMENT**<br><br>Complaint Filed:        9/06/2011 |

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                                1                Case No. 11-cv-02058-IEG-NLS

**DEFENDANT BEAM GLOBAL SPIRITS &
WINE LLC'S RULE 7.1(a) DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Beam Global Spirits & Wine LLC ("Beam Global"), formerly known as Beam Global Spirits & Wine, Inc., hereby states that Beam Global is a wholly owned subsidiary of Beam Inc. and that no publicly held corporation owns more than 10% of Beam Inc.

DATED: February 13, 2012          LUCE, FORWARD, HAMILTON & SCRIPPS LLP


By: */s/ Christopher J. Healey*
　　Christopher J. Healey


CHADBOURNE & PARKE LLP
Donald I Strauber
Mary T. Yelenick
Garrett S. Kamen
30 Rockefeller Plaza
New York, NY 10112
Telephone No.: 212.408.5100
Fax No.: 212.541.5369

Attorneys for Defendant BEAM GLOBAL SPIRITS & WINE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2012, I electronically filed Defendant Beam Global Spirits & Wine LLC's Rule 7.1(a) Disclosure Statement with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Rikos**
  george@georgerikoslaw.com,kklinzman@nblaw.org

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

By:  */s/ Christopher J. Healey*
           Christopher J. Healey

101803785.1