Christopher J. Healey, State Bar No. 105798
Stefanie Warren, State Bar No. 244038
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.645.5328

Donald I Strauber (Pro Hac Vice App Pending)
Mary T. Yelenick (Pro Hac Vice App Pending)
Garrett S. Kamen (Pro Hac Vice App Pending)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone No.: 212.408.5100
Fax No.: 212.541.5369
Attorneys for Defendant BEAM GLOBAL SPIRITS
& WINE, INC.

Attorneys for Defendant BEAM GLOBAL SPIRITS
& WINE, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Renata Bonar, On Behalf of Herself, All Others Similarly Situated and the General Public, | Case No. 11-cv-02058-IEG-NLS |
|---|---|
| Plaintiff, | The Hon. Hon. Irma E. Gonzalez Dept. Courtroom 1 |
| v. | **NOTICE OF APPEARANCE OF CHRISTOPHER J. HEALEY** |
| BEAM GLOBAL SPIRITS & WINE, INC., and DOES 1-25, Inclusive, | Complaint Filed:    9/06/2011 |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1                                                           Case No. 11-cv-02058-IEG-NLS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that defendant will also be represented by Christopher J. Healey of the law firm of Luce, Forward, Hamilton & Scripps LLP in this action.  Please add the following to all proofs of service on this matter:

>Christopher J. Healey, Esq.
>E-mail: chealey@luce.com
>LUCE, FORWARD, HAMILTON & SCRIPPS LLP
>600 West Broadway, Suite 2600
>San Diego, California  92101-3372
>Tel:  (619) 236-1414
>Fax:  (619) 645-5328

DATED: February 13, 2012            LUCE, FORWARD, HAMILTON & SCRIPPS LLP


By: */s/ Christopher J. Healey*
    Christopher J. Healey


CHADBOURNE & PARKE LLP
Donald I Strauber
Mary T. Yelenick
Garrett S. Kamen
30 Rockefeller Plaza
New York, NY 10112
Telephone No.:  212.408.5100
Fax No.: 212.541.5369

Attorneys for Defendant BEAM GLOBAL SPIRITS & WINE, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2012, I electronically filed Defendant Beam Global Spirits & Wine, Inc.'s, Notice of Appearance of Christopher J. Healey with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Rikos**
  george@georgerikoslaw.com,kklinzman@nblaw.org

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

By:   */s/ Christopher J. Healey*
      Christopher J. Healey

101769923.1