1  Christopher J. Healey, State Bar No. 105798
   Stefanie Warren, State Bar No. 244038
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.645.5328

5  Donald I Strauber (Pro Hac Vice App Pending)
   Mary T. Yelenick (Pro Hac Vice App Pending)
6  Garrett S. Kamen (Pro Hac Vice App Pending)
   CHADBOURNE & PARKE LLP
7  30 Rockefeller Plaza
   New York, NY 10112
8  Telephone No.: 212.408.5100
   Fax No.: 212.541.5369
9

10 Attorneys for Defendant BEAM GLOBAL SPIRITS
   & WINE, INC.
11

12                    UNITED STATES DISTRICT COURT

13                    SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Renata Bonar, On Behalf of Herself, All Others Similarly Situated and the General Public, | Case No. 11-cv-02058-IEG-NLS |
| | The Hon. Hon. Irma E. Gonzalez Dept. Courtroom 1 |
| Plaintiff, | |
| | **NOTICE OF APPEARANCE OF STEFANIE WARREN** |
| v. | |
| BEAM GLOBAL SPIRITS & WINE, INC., and DOES 1-25, Inclusive, | Complaint Filed:     9/06/2011 |
| Defendants. | |

21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that defendant will also be represented by Stefanie Warren of the law firm of Luce, Forward, Hamilton & Scripps LLP in this action.  Please add the following to all proofs of service on this matter:

>Stefanie Warren, Esq.
>E-mail: swarren@luce.com
>LUCE, FORWARD, HAMILTON & SCRIPPS LLP
>600 West Broadway, Suite 2600
>San Diego, California  92101-3372
>Tel:  (619) 236-1414
>Fax:  (619) 645-5328

DATED: February 13, 2012          LUCE, FORWARD, HAMILTON & SCRIPPS LLP


                                  By: */s/ Stefanie Warren*
                                     Stefanie Warren


                                  CHADBOURNE & PARKE LLP
                                  Donald I Strauber
                                  Mary T. Yelenick
                                  Garrett S. Kamen
                                  30 Rockefeller Plaza
                                  New York, NY 10112
                                  Telephone No.:  212.408.5100
                                  Fax No.: 212.541.5369

                                  Attorneys for Defendant BEAM GLOBAL SPIRITS & WINE, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2012, I electronically filed Defendant Beam Global Spirits & Wine, Inc.'s, Notice of Appearance of Stefanie Warren with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Rikos**
  george@georgerikoslaw.com,kklinzman@nblaw.org

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

By: */s/ Christopher J. Healey*
    Christopher J. Healey

101805629.1