1  Christopher J. Healey, State Bar No. 105798
   Stefanie Warren, State Bar No. 244038
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.645.5328

5  Donald I Strauber (Pro Hac Vice App Pending)
   Mary T. Yelenick (Pro Hac Vice App Pending)
6  Garrett S. Kamen (Pro Hac Vice App Pending)
   CHADBOURNE & PARKE LLP
7  30 Rockefeller Plaza
   New York, NY 10112
8  Telephone No.:  212.408.5100
   Fax No.: 212.541.5369
9

10 Attorneys for Defendant BEAM GLOBAL SPIRITS
   & WINE, INC.
11

12                    UNITED STATES DISTRICT COURT

13                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  Renata Bonar, On Behalf of Herself, All Others Similarly Situated and the General Public,<br>15<br>16      Plaintiff,<br>17  v.<br>18  BEAM GLOBAL SPIRITS & WINE, INC., and DOES 1-25, Inclusive,<br>19<br>       Defendants.<br>20 | Case No. 11-cv-02058-IEG-NLS<br><br>The Hon. Hon. Irma E. Gonzalez<br>Dept. Courtroom 1<br><br>**NOTICE OF APPEARANCE OF STEFANIE WARREN**<br><br>Complaint Filed:      9/06/2011 |

21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

                                      1                    Case No. 11-cv-02058-IEG-NLS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that defendant will also be represented by Stefanie Warren of the law firm of Luce, Forward, Hamilton & Scripps LLP in this action.  Please add the following to all proofs of service on this matter:

>Stefanie Warren, Esq.
>E-mail: swarren@luce.com
>LUCE, FORWARD, HAMILTON & SCRIPPS LLP
>600 West Broadway, Suite 2600
>San Diego, California  92101-3372
>Tel:  (619) 236-1414
>Fax:  (619) 645-5328

DATED: February 13, 2012              LUCE, FORWARD, HAMILTON & SCRIPPS LLP


By: */s/ Stefanie Warren*
    Stefanie Warren


CHADBOURNE & PARKE LLP
Donald I Strauber
Mary T. Yelenick
Garrett S. Kamen
30 Rockefeller Plaza
New York, NY 10112
Telephone No.: 212.408.5100
Fax No.: 212.541.5369

Attorneys for Defendant BEAM GLOBAL SPIRITS & WINE, INC.