Christopher J. Healey, State Bar No. 105798
Stefanie Warren, State Bar No. 244038
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.645.5328

Donald I Strauber (Pro Hac Vice App Pending)
Mary T. Yelenick (Pro Hac Vice App Pending)
Garrett S. Kamen (Pro Hac Vice App Pending)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone No.: 212.408.5100
Fax No.: 212.541.5369
Attorneys for Defendant BEAM GLOBAL SPIRITS & WINE, INC.

Attorneys for Defendant BEAM GLOBAL SPIRITS & WINE, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Renata Bonar, On Behalf of Herself, All Others Similarly Situated and the General Public,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., and DOES 1-25, Inclusive,<br><br>　　　　Defendants. | Case No. 11-cv-02058-IEG-NLS<br><br>The Hon. Hon. Irma E. Gonzalez<br>Dept. Courtroom 1<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed:　　　9/06/2011 |

　　　At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372.

　　　On February 14, 2012, I served true copies of the following document(s) described as

　　**1.**　　**Notice of Appearance of Stefanie Warren**

on the interested parties in this action by:

/ / /

/ / /

1　　　　　　　　　　　　　　　　　　　　　　　　Case No. 11-cv-02058-IEG-NLS

**Electronic Mail Notice List**

The following are those who are currently on this list to receive e-mail notices for this case:

- **George Rikos**
  george@georgerikoslaw.com,kklinzman@nblaw.org

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

By:  */s/ Christopher J. Healey*
      Christopher J. Healey

101806013.2