MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
FEBRUARY 14, 2012

| RENATA BONAR | vs | BEAM GLOBAL SPIRITS & WINE, INC. | No. | 11cv2058-CAB (NLS) |
|---|---|---|---|---|
| Hon. NITA L. STORMES | | Deputy Clerk   N/A | | |

It is hereby ordered that NITA L. STORMES recuses from the above entitled case and orders that the case be reassigned to another judge.

Assigned to: Judge William McCurine, Jr.
New Case #: 11cv2058-CAB-WMC

**Please forward judge's court file to new assigned judge.**