FILED

2012 MAY -4 PM 12: 44

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE WILLIAM McCURINE, JR. TO MAGISTRATE JUDGE KAREN S. CRAWFORD | ) ) **TRANSFER ORDER** ) ) ) ) |

**IT IS HEREBY ORDERED** that the following listed cases are transferred from the calendar of the Honorable William McCurine, Jr. to the calendar of the Honorable Karen S. Crawford for all further proceedings. All conference or hearing dates set before Magistrate Judge McCurine, if any, are **VACATED** and will be rescheduled before Magistrate Judge Crawford. All discovery deadlines remain intact unless otherwise ordered by Magistrate Judge Crawford. No later than May 24, 2012, counsel/parties are ordered to contact Magistrate Judge Crawford's chambers at (619) 446-3964 to reschedule vacated matters. Any dates set before any district judge remain unchanged.

| Case No. | Title |
|---|---|
| 06cv1558-CAB | **Uriarte v. Schwarzenegger, et al.** |
| 11cv842- H | **Voss v. Knotts, et al.** |
| 11cv2866-JLS | **R&R Sail, Inc. v. Premier Incentive Group** |
| 11cv1014-MMA | **Santos Garces v. F/V Isabella** |
| 11cv2058-CAB | **Bonar v. Beam Global Spirits & Wine, Inc.** |

**IT IS SO ORDERED.**

DATED: May 4, 2012

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court