DONALD I STRAUBER (Adm. Pro Hac Vice)
dstrauber@chadbourne.com
MARY T. YELENICK (Adm. Pro Hac Vice)
myelenick@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone:   (212) 408-5100
Facsimile:   (212) 541-5369

ROBIN D. BALL (State Bar No. 159698)
rball@chadbourne.com
SUSAN M. ST. DENIS (State Bar No. 149636)
sst.denis@chadbourne.com
CHADBOURNE & PARKE LLP
350 S. Grand Avenue, 32nd Floor
Los Angeles, CA 90071
Telephone:   (213) 892-1000
Facsimile:   (213) 892-2045

CHRISTOPHER J. HEALEY (State Bar No. 105798)
chealey@mckennalong.com
STEFANIE WARREN (State Bar No. 244038)
swarren@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone :   (619) 236-1414
Facsimile:   (619) 645-5328

Attorneys for Defendant BEAM GLOBAL SPIRITS & WINE LLC f/k/a BEAM GLOBAL SPIRITS & WINE, INC.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Renata Bonar, On Behalf of Herself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., and DOES 1-25, Inclusive,<br><br>Defendants. | Case No. 11-cv-02058 CAB (KSC)<br><br>The Hon. Karen S. Crawford<br><br>Courtroom: A<br><br>**CERTIFICATION OF COMPLAINCE WITH L.R. 26.1; DECLARATION OF DONALD I STRAUBER IN SUPPORT OF BEAM'S JOINT MOTION TO COMPEL** |

1. I, Donald I Strauber, am a partner at Chadbourne & Parke LLP, counsel of record for defendant Beam Global Spirits & Wine, LLC ("Beam") and the lead trial attorney for Beam in this action. On information provided to me, I state and declare as follows:

2. On September 27, 2012, the "meet and confer" pursuant to Local Rule 26.1 was held to discuss the disputed issues regarding Plaintiff's discovery responses to Beam's Requests for Production of Documents and Things (Set One), served August 8, 2012. On behalf of Beam, Susan St. Denis attended the "meet and confer" via telephone and Stefanie Warren attended in person.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 9, 2012 in New York, New York.

_____
Donald I Strauber

- 1 -
DECLARATION OF DONALD I STRAUBER IN SUPPORT
OF JOINT MOTION TO COMPEL
11-CV-02058 CAB (KSC)

CPAM: 4984188.1