```
 1  DONALD I STRAUBER (Adm. Pro Hac Vice)
    dstrauber@chadbourne.com
 2  MARY T. YELENICK (Adm. Pro Hac Vice)
    myelenick@chadbourne.com
 3  CHADBOURNE & PARKE LLP
    30 Rockefeller Plaza
 4  New York, NY  10112
    Telephone:    (212) 408-5100
 5  Facsimile:    (212) 541-5369

 6  ROBIN D. BALL (State Bar No. 159698)
    rball@chadbourne.com
 7  SUSAN M. ST. DENIS (State Bar No. 149636)
    sst.denis@chadbourne.com
 8  CHADBOURNE & PARKE LLP
    350 S. Grand Avenue, 32nd Floor
 9  Los Angeles, CA  90071
    Telephone:    (213) 892-1000
10  Facsimile:    (213) 892-2045

11  CHRISTOPHER J. HEALEY (State Bar No.
    105798)
12  chealey@mckennalong.com
    STEFANIE WARREN (State Bar No. 244038)
13  swarren@mckennalong.com
    MCKENNA LONG & ALDRIDGE LLP
14  600 West Broadway, Suite 2600
    San Diego, California 92101-3372
15  Telephone :    (619) 236-1414
    Facsimile:     (619) 645-5328
16
    Attorneys for Defendant BEAM GLOBAL
17  SPIRITS & WINE LLC f/k/a BEAM
    GLOBAL SPIRITS & WINE, INC.
18
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Renata Bonar, On Behalf of Herself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., and DOES 1-25, Inclusive,<br><br>Defendants. | Case No. 11-cv-02058 CAB (KSC)<br><br>The Hon. Karen S. Crawford<br><br>Courtroom: A<br><br>**CERTIFICATE OF SERVICE** |

CPAM: 4995091.1

# CERTIFICATE OF SERVICE

Renata Bonar v. Beam Global Spirits & Wine, Inc.
Case No: 11-cv-02058-CAB (KSC)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 350 South Grand Avenue, 32nd Floor, Los Angeles, California 90071-3406.

On **October 10, 2012**, I caused a true and correct copy(s) of :

**1) JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE;**

**2) CERTIFICATION OF COMPLIANCE WITH L.R. 26.1; DECLARATION OF DONALD I STRAUBER IN SUPPORT OF BEAM'S JOINT MOTION TO COMPEL;**

**3) DECLARATION OF SUSAN ST. DENIS IN SUPPORT OF JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE (BEAM'S MOTION TO COMPEL);**

**4) ORDER GRANTING BEAM'S MOTION TO COMPEL (via email)**

to be served in the manner so indicated to the following individual(s) listed below:

| | |
|---|---|
| George Rikos, Esq.<br>THE LAW OFFICES OF GEORGE RIKOS<br>1307 Stratford Court<br>Del Mar, CA 92014<br>Tel: (858) 342-9161<br>Fax: (858) 724-1453<br>Email: George@georgerikoslaw.com<br>Rosa@georgerikoslaw.com | Craig M. Nicholas, Esq.<br>Alex M. Tomasevic, Esq.<br>Mei-Ying Imanaka, Esq.<br>NICHOLAS & BUTLER, LLP<br>225 Broadway, 19th Floor<br>San Diego, CA 92101<br>Tel: (619) 325-0492<br>Fax: (619) 325-0496<br>Email: cnicholas@nblaw.org |

☐ **BY MAIL:**

☐ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY C/M ECF:** Notification at the time of filing.

☒ **BY ELECTRONIC MAIL:** I caused such document(s) to be served on the parties by e-mailing a copy thereof.

☐ **BY OVERNIGHT DELIVERY (Federal Express):** I deposited such envelope(s) at the

- 1 -

appropriate location for collection and overnight delivery to the person(s) or office(s) named on the attached list.

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on **October 10, 2012**, Los Angeles, California.

Evette M. Rodriguez
Type Name

_____
Signature

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000