| | |
|---|---|
| 1 | DONALD I STRAUBER (Adm. Pro Hac Vice) |
|   | dstrauber@chadbourne.com |
| 2 | MARY T. YELENICK (Adm. Pro Hac Vice) |
|   | myelenick@chadbourne.com |
| 3 | CHADBOURNE & PARKE LLP |
|   | 30 Rockefeller Plaza |
| 4 | New York, NY  10112 |
|   | Telephone:    (212) 408-5100 |
| 5 | Facsimile:     (212) 541-5369 |
| 6 | ROBIN D. BALL (State Bar No. 159698) |
|   | rball@chadbourne.com |
| 7 | SUSAN M. ST. DENIS (State Bar No. 149636) |
|   | sst.denis@chadbourne.com |
| 8 | CHADBOURNE & PARKE LLP |
|   | 350 S. Grand Avenue, 32nd Floor |
| 9 | Los Angeles, CA  90071 |
|   | Telephone:    (213) 892-1000 |
| 10 | Facsimile:     (213) 892-2045 |
| 11 | CHRISTOPHER J. HEALEY (State Bar No. 105798) |
|    | chealey@mckennalong.com |
| 12 | STEFANIE WARREN (State Bar No. 244038) |
|    | swarren@mckennalong.com |
| 13 | MCKENNA LONG & ALDRIDGE LLP |
|    | 600 West Broadway, Suite 2600 |
| 14 | San Diego, California 92101-3372 |
|    | Telephone :    (619) 236-1414 |
| 15 | Facsimile:     (619) 645-5328 |
| 16 | Attorneys for Defendant BEAM GLOBAL SPIRITS & WINE |
|    | LLC f/k/a BEAM GLOBAL SPIRITS & WINE, INC. |

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Renata Bonar, On Behalf of Herself, All Others Similarly Situated and the General Public, | Case No. 11-cv-02058 CAB (KSC) |
| | The Hon. Cathy Ann Bencivengo |
| Plaintiff, | Courtroom: 2 |
| v. | **NOTICE OF MOTION AND MOTION BY DEFENDANT BEAM FOR SUMMARY JUDGMENT** |
| BEAM GLOBAL SPIRITS & WINE, INC., and DOES 1-25, Inclusive, | |
| Defendants. | [Filed concurrently with Memorandum of Points and Authorities, Declaration of Susan St. Denis and Declaration of Steve Fechheimer.] |
| | **Date:**   February 19, 2013 |
| | **Time:**   2:00 p.m. |
| | **Place:**  Courtroom 2 |

- 1 -

BEAM'S NOTICE OF MOTION AND MOTION
11-CV-02058 CAB (KSC)

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

CPAM: 5072395.1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on February 19, 2013 at 2:00 p.m. in the courtroom of the
3  Honorable Cathy Ann Bencivengo, located at 221 West Broadway, San Diego, California, 92101,
4  Defendant BEAM GLOBAL SPIRITS & WINE LLC ("Beam") will and hereby does move for
5  summary judgment dismissing all counts of Plaintiff's complaint.

6  This Motion is made on the ground that the uncontroverted facts show that whereas
7  Plaintiff's alleged purchases of "Skinnygirl Margarita" occurred in or before January 2011, Beam
8  did not own "Skinnygirl Margarita" until March 17, 2011.  Thus, Beam did not make, market or
9  sell the "Skinnygirl Margarita" product Plaintiff allegedly purchased.  Moreover, Beam, which
10 acquired the "Skinnygirl Margarita" trademark and certain related assets pursuant to an Asset
11 Purchase Agreement dated March 17, 2011, did not assume liability for sales or marketing
12 activities or for products manufactured or sold before that date.  Summary judgment is therefore
13 warranted as a matter of law, pursuant to Federal Rule of Civil Procedure 56.

14 This Motion is based on this Notice, the accompanying memorandum of points and
15 authorities, the supporting declarations and exhibits thereto, and the court files, records and other
16 evidence and argument as may be presented in connection with this Motion.

18 Dated: November 29, 2012                           CHADBOURNE & PARKE LLP

20                                      By      s/Susan St. Denis
                                                 Susan St. Denis
21                                       Attorneys for Defendant BEAM GLOBAL
                                                SPIRITS & WINE LLC

**CHADBOURNE & PARKE LLP**
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

- 2 -

BEAM'S NOTICE OF MOTION AND MOTION
11-CV-02058 CAB (KSC)

CPAM: 5072395.1