DONALD I STRAUBER (Adm. Pro Hac Vice)
dstrauber@chadbourne.com
MARY T. YELENICK (Adm. Pro Hac Vice)
myelenick@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

ROBIN D. BALL (State Bar No. 159698)
rball@chadbourne.com
SUSAN M. ST. DENIS (State Bar No. 149636)
sst.denis@chadbourne.com
CHADBOURNE & PARKE LLP
350 S. Grand Avenue, 32nd Floor
Los Angeles, CA 90071
Telephone: (213) 892-1000
Facsimile: (213) 892-2045

CHRISTOPHER J. HEALEY (State Bar No. 105798)
chealey@mckennalong.com
STEFANIE WARREN (State Bar No. 244038)
swarren@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone : (619) 236-1414
Facsimile: (619) 645-5328

Attorneys for Defendant BEAM GLOBAL SPIRITS & WINE LLC f/k/a BEAM GLOBAL SPIRITS & WINE, INC.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Renata Bonar, On Behalf of Herself, All Others Similarly Situated and the General Public,

Plaintiff,

v.

BEAM GLOBAL SPIRITS & WINE, INC., and DOES 1-25, Inclusive,

Defendants.

Case No. 11-cv-02058 CAB (KSC)

The Hon. Cathy Ann Bencivengo
Courtroom: 2

**UNDER SEAL**
**DECLARATION OF STEVE FECHHEIMER IN SUPPORT OF DEFENDANT BEAM'S MOTION FOR SUMMARY JUDGMENT**

Date: February 19, 2013
Time: 2:00 p.m.
Place: Courtroom 2

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

I, Steve Fechheimer, state and declare as follows:

1. I am currently Vice President, National Accounts Strategic Development, Jim Beam Brands Co. From October 2009 to August 2011, I was Vice President for Strategy and Corporate Development of Beam, Inc. In that capacity, I was personally involved in and responsible for many aspects of the "Skinnygirl" acquisition referenced below, including key negotiations of the agreement with the sellers. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently to them. I submit this declaration in support of Beam's Motion for Summary Judgment in the above-entitled action.

2. Jim Beam Brands Co. ("Jim Beam"), a wholly owned subsidiary of Beam Global Spirits & Wine, LLC (f/k/a Beam Global Spirits & Wine, Inc.) ("Beam") purchased the "Skinnygirl Margarita" trademark and certain related rights by a March 17, 2011, Asset Purchase Agreement with Skinny Girl Cocktails LLC and others.

3. Before March 17, 2011, Beam and Jim Beam did not own the "Skinnygirl Margarita" trademark, and did not have any involvement in marketing or selling the "Skinnygirl Margarita" product. Neither Beam nor Jim Beam assumed liability for "Skinnygirl Margarita" sales or marketing activities occurring before the March 17, 2011 acquisition.

4. A true and correct redacted copy of the March 17, 2011, Asset Purchase Agreement with Skinny Girl Cocktails, LLC and others ("Agreement" or "APA") is attached hereto as Exhibit A.

5.

**REDACTED**

**REDACTED**

APA, § 2.04.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 27, 2012, at Deerfield IL.

Steve Fechheimer

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

# TABLE OF CONTENTS


| Exhibit | | Page |
|---|---|---|
| Exhibit A: | March 17, 2011, Asset Purchase Agreement with Skinny Girl Cocktails, LLC and others (redacted excerpts); Confidential: Subject to Protective Order | 4 |


CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000