DONALD I STRAUBER (Adm. Pro Hac Vice)
dstrauber@chadbourne.com
MARY T. YELENICK (Adm. Pro Hac Vice)
myelenick@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

ROBIN D. BALL (State Bar No. 159698)
rball@chadbourne.com
SUSAN M. ST. DENIS (State Bar No. 149636)
sst.denis@chadbourne.com
CHADBOURNE & PARKE LLP
350 S. Grand Avenue, 32nd Floor
Los Angeles, CA 90071
Telephone: (213) 892-1000
Facsimile: (213) 892-2045

CHRISTOPHER J. HEALEY (State Bar No. 105798)
chealey@mckennalong.com
STEFANIE WARREN (State Bar No. 244038)
swarren@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone : (619) 236-1414
Facsimile: (619) 645-5328

Attorneys for Defendant BEAM GLOBAL SPIRITS & WINE LLC f/k/a BEAM GLOBAL SPIRITS & WINE, INC.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Renata Bonar, On Behalf of Herself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., and DOES 1-25, Inclusive,<br><br>Defendants. | Case No. 11-cv-02058 CAB (KSC)<br><br>The Hon. Karen S. Crawford<br><br>Courtroom: A<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

<u>Renata Bonar v. Beam Global Spirits & Wine, Inc.</u>
Case No: 11-cv-02058-CAB (KSC)

I am employed in the County of <u>Los Angeles</u>, State of California. I am over the age of 18 and not a party to the within action; my business address is: 350 South Grand Avenue, 32nd Floor, Los Angeles, California 90071-3406.

On **November 29, 2012**, I caused a true and correct copy(s) of :

1) **NOTICE OF MOTION AND MOTION BY DEFENDANT BEAM FOR SUMMARY JUDGMENT;**

2) **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT BEAM'S MOTION FOR SUMMARY JUDGMENT (REDACTED);**

3) **DECLARATION OF STEVE FECHHEIMER IN SUPPORT OF DEFENDANT BEAM'S MOTION FOR SUMMARY JUDGMENT (REDACTED);**

4) **DECLARATION OF SUSAN ST. DENIS IN SUPPORT OF DEFENDANT BEAM'S MOTION FOR SUMMARY JUDGMENT; and**

5) **CERTIFICATE OF SERVICE**

to be served in the manner so indicated to the following individual(s) listed below:

| | |
|---|---|
| George Rikos, Esq.<br>THE LAW OFFICES OF GEORGE RIKOS<br>1307 Stratford Court<br>Del Mar, CA  92014<br>Tel:  (858) 342-9161<br>Fax:  (858) 724-1453<br>Email:  George@georgerikoslaw.com<br>         Rosa@georgerikoslaw.com | Craig M. Nicholas, Esq.<br>Alex M. Tomasevic, Esq.<br>Mei-Ying Imanaka, Esq.<br>NICHOLAS & BUTLER, LLP<br>225 Broadway, 19th Floor<br>San Diego, CA  92101<br>Tel:  (619) 325-0492<br>Fax:  (619) 325-0496<br>Email:  cnicholas@nblaw.org |

☐ **BY MAIL:**

☐ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY C/M ECF:** Notification at the time of filing.

☐ **BY ELECTRONIC MAIL:** I caused such document(s) to be served on the parties by e-mailing a copy thereof.

- 1 -

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

☐ **BY OVERNIGHT DELIVERY (Federal Express):** I deposited such envelope(s) at the appropriate location for collection and overnight delivery to the person(s) or office(s) named on the attached list.

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **November 29, 2012**, Los Angeles, California.

_Evette M. Rodriguez_
Type Name                                    Signature

- 2 -

CERTIFICATE OF SERVICE
11-CV-02058 CAB (KSC)

CPAM: 4995091.4