**THE LAW OFFICES OF GEORGE RIKOS**
George Rikos (SBN 204864)
1307 Stratford Court
Del Mar, Ca 92014
Telephone: (858) 342-9161
Facsimile: (858) 724-1453
Email: George@georgerikoslaw.com

**NICHOLAS & BUTLER, LLP**
Craig M. Nicholas (SBN 178444)
Alex M. Tomasevic (SBN 245598)
Mei-Ying Imanaka (SBN 280472)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone:  (619) 325-0492
Facsimile:   (619) 325-0496
Email: cnicholas@nblaw.org
Email: atomasevic@nblaw.org
Email: mimanaka@nblaw.org

Attorneys for Plaintiff Renata Bonar

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATA BONAR, an individual; on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>BEAM GLOBAL SPIRITS & WINE, INC., and DOES 1-25, Inclusive,<br><br>Defendants. | CASE NO.:   11-cv-02058-CAB-WMC<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>The Honorable Cathy Ann Bencivengo<br>The Honorable Karen S. Crawford<br><br>Hearing: April 12, 2013<br>Time:     2:30 p.m. |

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE THAT on April 12, 2013 at 2:30p.m., or as soon thereafter as counsel may be heard in the above entitled Court, located at 940 Front Street, San Diego, California 92101, in the courtroom of Judge Cathy Ann Bencivengo, Plaintiff Renata Bonar will and hereby does move the Court for leave to file an amended complaint in this matter pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. A copy of her proposed First Amended Complaint is attached to and filed with this motion as **Exhibit A** to the Declaration of George Rikos. Plaintiff wishes to add as defendants Skinny Girl Cocktails, LLC and S.G.C. Global, LLC and as a Plaintiff Justin Stockton to all existing claims. This motion is based on facts obtained from Defendant Beam Global Spirit & Wine, Inc. during the discovery process.

This motion is based on this Notice of Motion and Motion, the following attached Memorandum of Points and Authorities, the declaration of George Rikos in support, the pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of hearing.

Respectfully submitted,

Dated: January 10, 2013

*/s/ George Rikos*
By: _____
George Rikos

Attorneys for Plaintiff Renata Bonar