| | |
|---|---|
| 1 | **THE LAW OFFICES OF GEORGE RIKOS** |
|   | George Rikos (SBN 204864) |
| 2 | 1307 Stratford Court |
|   | Del Mar, Ca 92014 |
| 3 | Telephone: (858) 342-9161 |
|   | Facsimile: (858) 724-1453 |
| 4 | Email: George@georgerikoslaw.com |
| 5 | **NICHOLAS & BUTLER, LLP** |
|   | Craig M. Nicholas (SBN 178444) |
| 6 | Alex M. Tomasevic (SBN 245598) |
|   | 225 Broadway, 19th Floor |
| 7 | San Diego, California 92101 |
|   | Telephone:  (619) 325-0492 |
| 8 | Facsimile:   (619) 325-0496 |
|   | Email: cnicholas@nblaw.org |
| 9 | Email: atomasevic@nblaw.org |
|   |         Attorneys for Plaintiff Renata Bonar |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENATA BONAR, an individual; on behalf of himself and all others similarly situated, and on behalf of the general public, | CASE NO.:   11-cv-02058-CAB-KSC |
| | **PROOF OF SERVICE** |
| Plaintiffs, | The Honorable Cathy Ann Bencivengo |
| vs. | Complaint filed: 9/6/11 |
| BEAM GLOBAL SPIRITS & WINE, INC., and DOES 1-25, Inclusive, | |
| Defendants. | |

PROOF OF SERVICE

I, **Rosa Shelton,** declare that I am over the age of 18 years and am not a party to the case; I am employed in the County of San Diego, California, where the mailing occurs; and my business address is 225 Broadway, 21st Floor, San Diego, California 92101.

On February 1, 2013 I served the within: ***SEE ATTACHED LIST*** on the interested parties in said action by:

[X]   **BY CM/ECF ELECTRONIC SERVICE:** I caused such documents to be served via the electronic filing system on all registered parties.

[]   **BY FACSIMILE TRANSMISSION**: In addition to service by mail as set forth below, the counsel or interested party authorized to accept service was also forwarded a copy of said document(s) by facsimile transmission at the fax machine telephone number corresponding with his/her/its name.  The fax machine I used complied with CRC Rule 2.301(3) and no error was reported by the machine.  Pursuant to CRC Rule 2.306(h)(3), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

[]   **BY PERSONAL DELIVERY**: I caused each envelope to be hand-delivered to the addressee specified on the service list by leaving said envelope with either the addressee directly or another person at that address authorized to accept service on the addressee's behalf.

[ ]   **BY EMAIL:** I emailed the above-documents to the e-mail associated with counsel

[ ]   **BY MAIL:**   as follows:

   [ ]   **BY OVERNIGHT COURIER:** I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard FEDERAL EXPRESS overnight delivery procedures.

   []   By placing a copy thereof in a sealed envelope addressed as follows:

1
PROOF OF SERVICE

Christopher J. Healey
Stefanie Warren
McKENNA LONG & ALDRIDGE, LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Tel: 619.236.1414/Fax: 619.645.5328
chealey@mckennalong.com
swarren@mckennalong.com

Donald I. Strauber
Mary T. Yelenick
Garret S. Kamen
CHADBOURNE & PARKE, LLP
30 Rockefeller Plaza
New York, NY 10112
Tel: 212.408.5100/Fax: 212.541.5369
gkamen@chadbourne.com
myelenick@chadbourne.com
dstrauber@chadbourne.com

Attorneys for Defendant Beam Global Spirits

I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service via First Class Mail on that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 1, 2013,** at San Diego, California.

                                        s/ Rosa Shelton
                                        _____
                                        Rosa Shelton

**ATTACHED LIST OF DOCUMENTS SERVED**

*EX PARTE* APPLICATION FOR CONTINUANCE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT TO ALLOW MRS. BONAR THE OPPORTUNITY TO RECEIVE NECESSARY DISCOVERY

DECLARATION OF ROSA E. SHELTON IN SUPPORT OF *EX PARTE* APPLICATION FOR CONTINUANCE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT