CHRISTOPHER J. HEALEY (State Bar No. 105798)
chealey@mckennalong.com
STEFANIE WARREN (State Bar No. 244038)
swarren@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone:     (619) 236-1414
Facsimile:      (619) 645-5328

Donald I Strauber (Adm. Pro Hac Vice)
dstrauber@chadbourne.com
Mary T. Yelenick (Adm. Pro Hac Vice)
myelenick@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone:     (212) 408-5100
Facsimile:      (212) 541-5369

ROBIN D. BALL (State Bar No. 159698)
rball@chadbourne.com
SUSAN M. ST. DENIS (State Bar No. 149636)
sst.denis@chadbourne.com
CHADBOURNE & PARKE LLP
350 S. Grand Avenue, 32nd Floor
Los Angeles, CA 90071
Telephone:     (213) 892-1000
Facsimile:      (213) 892-2045

Attorneys for Defendant BEAM GLOBAL SPIRITS
& WINE, LLC f/k/a BEAM GLOBAL SPIRITS & WINE, INC.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Renata Bonar, On Behalf of Herself, All Others Similarly Situated and the General Public, | Case No. 11-cv-02058-CAB (KSC) |
| | The Hon. Cathy Ann Bencivengo |
| Plaintiff, | Courtroom 2 |
| v. | **PROOF OF SERVICE** |
| BEAM GLOBAL SPIRITS & WINE, INC., and DOES 1-25, Inclusive, | Complaint Filed:        9/06/2011 |
| Defendants. | |

/ / /

/ / /

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372.

On February 5, 2013, I served true copies of the following document(s) described as

**(1) DEFENDANT BEAM'S OPPOSITION TO PLAINTIFF RENATA BONAR'S *EX PARTE* APPLICATION TO DELAY SUMMARY JUDGMENT; and**

**(2) DECLARATION OF SUSAN ST. DENIS IN SUPPORT OF BEAM'S OPPOSITION TO PLAINTIFF'S *EX PARTE* ATTEMPT TO DELAY SUMMARY JUDGMENT**

on the interested parties in this action by:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christopher J Healey**
  chealey@mckennalong.com, lhernandez@mckennalong.com

- **Mei-Ying M. Imanaka**
  mimanaka@nblaw.org, kklinzman@nblaw.org

- **Craig McKenzie Nicholas**
  cnicholas@nblaw.org, kklinzman@nblaw.org, mmills@nblaw.org

- **George Rikos**
  george@georgerikoslaw.com, kklinzman@nblaw.org

- **Rosa Estela Shelton**
  rosa@georgerikoslaw.com

- **Susan M St Denis**
  sst.denis@chadbourne.com, rcabatbat@chadbourne.com, ptanck@chadbourne.com, erodriguez@chadbourne.com, achang@chadbourne.com, rball@chadbourne.com

- **Alex M Tomasevic**
  atomasevic@nblaw.org, kklinzman@nblaw.org

- **Stefanie Warren**
  swarren@mckennalong.com, lhernandez@mckennalong.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Case No. 11-cv-02058-CAB (KSC)

101806013.10

| | |
|---|---|
| Donald I. Strauber | Mary T. Yelenick |
| Chadbourne & Parke LLP | Chadbourne & Parke LLP |
| 30 Rockefeller Plaza | 30 Roackefeller Plaza |
| New York, NY 10112 | New York, NY 10112 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at San Diego, California on February 5, 2013.


_s/ Stefanie Warren_____
Stefanie Warren

Case No. 11-cv-02058-CAB (KSC)

101806013.10